UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHIMA A. NWALA,**

    **Plaintiff,**

v.                                     **Case No.:  8:25-cv-2813-TPB-AAS**

**EQUIFAX INFORMATION
SERVICES LLC, ET AL.,**

    **Defendant.**
_____/

**ORDER**

Plaintiff Chima Nwala, proceeding *pro se*, moves for default judgment against Defendants Absolute Resolutions Investments, Bank of America, Chrysler Capital, Discover Financial Services/Discover Bank, Equifax Information Services LLC, Experian Information Solutions Inc. (Experian), Freedom Mortgage Corporation, Navy Federal Credit Union, TBOM/ATLS/FORTIVA MC, TransUnion LLC, USAA Federal Saving Bank. (Doc. 7). Experian opposes the motion because it was not properly served with process. (Doc. 10).

Mr. Nwala has produced no adequate proof of service of properly issued summonses to any of the named defendants, and instead only points to USPS

1

tracking information. (*See* Doc. 7). Federal Rule of Civil Procedure 4(l)(1) mandates that "unless service is waived, proof of service must be made to the court." Additionally, Federal Rule of Civil Procedure 55 outlines a sequential process for obtaining default judgments. Rule 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Only after this ministerial act by the clerk can a party proceed to the second step under Rule 55(b), which allows the party to "apply to the court for a default judgment." Proper service is a prerequisite to entering a clerk's default. *See Premier Trailer Leasing, Inc. v. DM World Transportation, LLC*, No. 8:19-CV-2558-T-60AAS, 2020 WL 7396979 at *1 (M.D. Fla. Dec. 17, 2020). No clerk's defaults have been entered here.

Accordingly, Ms. Nwala's motion for a default judgment (Doc. 7) is **DENIED without prejudice**.

**ORDERED** in Tampa, Florida, on January 14, 2026.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge